UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HATEM MOHAMED S. E. A. ABDOU,<br><br>Petitioner,<br><br>v.<br><br>GREGORY ARCHAMBEAULT, Acting Field Office Director for ICE, et al.,<br><br>Respondents. | Case No.: 26-CV-2474 JLS (BJW)<br><br>**ORDER REQUIRING BOND HEARING TRANSCRIPT** |

Presently before the Court is Petitioner Hatem Mohamed S. E. A. Abdou's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1).  After reviewing the Parties' briefing, the Court requires the transcript from the April 13, 2026, bond hearing before Immigration Judge Stuart Zander.  Petitioner **SHALL** submit the bond hearing transcript by <u>May 22, 2026</u>.

**IT IS SO ORDERED.**

Dated:  April 30, 2026

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1

26-CV-2474 JLS (BJW)