UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HATEM MOHAMED S. E. A. ABDOU,<br><br>Petitioner,<br><br>v.<br><br>GREGORY ARCHAMBEAULT, Acting Field Office Director for ICE, et al.,<br><br>Respondents. | Case No.:  26-CV-2474 JLS (BJW)<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING** |

Presently before the Court is Petitioner Hatem Mohamed S. E. A. Abdou's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1).  After reviewing the Parties' briefing, the Court requires additional information regarding Petitioner's "nonimmigrant visa with advance parole."  Ret. at 2.  Respondents briefly argue that Petitioner's advance parole does not result in any relief because it was expired and "Petitioner's April 2, 2026, apprehension was his first and only DHS apprehension, so there was no prior release to revoke." *Id.* at 5.  The Court **ORDERS** the Parties to submit supplemental briefing regarding the effect Petitioner's advance parole has on this case. Specifically, whether the advance parole creates a liberty interest in release requiring notice and an opportunity to be heard prior to its revocation. *See, e.g., Castellanos v. Casey*, No. 26-CV-1727-JES-BLM, 2026 WL 898307, at *2 (S.D. Cal. March 30, 2026) ("When DHS

26-CV-2474 JLS (BJW)

wishes to revoke an advance parole that has been previously given, it is required that 'parole shall be terminated upon written notice to the alien and he or she shall be restored to the status that he or she had at the time of parole.'" (first quoting *Shia Ass'n of Bay Area v. United States*, 849 F. Supp. 2d 916, 923 (N.D. Cal. 2012); and then quoting 8 C.F.R. § 212.5(e)(2)(i)); *Lazard v. Divver*, No. 26-CV-1778 JLS (JLB), 2026 WL 948400, at *3 n.2 (S.D. Cal. April 8, 2026) (finding that the expiration of petitioner's parole did not extinguish petitioner's liberty interest in his release).   The Parties **SHALL** submit supplemental briefing addressing this issue by May 22, 2026.

   **IT IS SO ORDERED.**

Dated:  May 15, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-2474 JLS (BJW)